Plaintiff's Name *Brian Hernandez*

Inmate No. *BH-0434*

Address *Sierra Conservation Center*

*5150 Obyrnes Ferry Rd.*

*Jamestown, CA   95327*

**FILED**

JUL 07 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*Brian Hernandez*

(Name of Plaintiff)

*1:19-cv-01698-JLT*

(Case Number)

vs.

*Olivia Borbolla, et al.*

_____

_____

_____

_____

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ 42 U.S.C. 1983 (State Prisoner)

☐ Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

JUL 07 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

    A.  Have you brought any other lawsuits while a prisoner?  Yes____  No ✗

    B.  If your answer to A is yes, how many? _____

        Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

        _____

        2. Court (if Federal Court, give name of District; if State Court, give name of County)

        _____

        3. Docket Number _____   4.  Assigned Judge _____

        5. Disposition  (Was the case dismissed? Appealed?  Is it still pending?)

        _____

6.  Filing Date (approx.) _____     7.  Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice.  *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A.  Is there an inmate appeal or administrative remedy process available at your institution?

Yes____✓____   No_____

B.  Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes____✓____   No_____

C.  Is the process completed?

Yes____✓____          If your answer is yes, briefly explain what happened at each level.

_____

_____

_____

_____

_____

No_____          If your answer is no, explain why not.

_____

_____

_____

_____

_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A.  Name *Olivia Borbolla* is employed as *Registered Nurse*

Current Address/Place of Employment *Corcoran State Prison*

B. Name _____ is employed as _____

Current Address/Place of Employment _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1:  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Defendants knew Plaintiff suffers from severe stomach ulcers and bleeding yet despite this knowledge prescribed Plaintiff Naproxen Worsening the bleeding violating the Eighth Amendment

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Defendant Borbolla knew that Plaintiff suffers severe stomach bleeding. When Plaintiff was diagnosed with another ailment, rheumatoid arthritis, on 1/7/19, Defendant dispensed Naproxen (Ex. A) to Plaintiff to alieve the arthritis. Plaintiff immediately began to experience unending stomach bleeding. Plaintiff repeatedly informed Defendant of the bleeding however Defendant downplayed the bleeding as a simple virus

and took no measures nor treatment to Plaintiff. Within days later, Plaintiff was admitted to an outside hospital in a life-threatening condition and was admitted. There, it was readily determined the severe stomach bleeding directly resulted from ingesting Naprosen. The emergency condition resulted from Defendant who had full access to Plaintiff medical records, giving Plaintiff Naprosen - a known medication that will cause stomach bleeding to a susceptible patient such as Plaintiff. [ gross departures from accepted medical standards constitutes deliberate indifference ( Moore v. Duffy 255 F 3d 543, 545 ( 8th Cir. 2001).

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

N/A

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

Plaintiff seeks $1,000,000.00 in Compensatory
damages, and $150,000.00 in punitive damages.
Plaintiff demands a jury trial, and
requests counsel be appointed for this suit.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/26/20      Signature of Plaintiff: _Brian Hernandez_

(Revised 4/4/14)

**Drug Facts (continued)**

sodium during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than directed
- the smallest effective dose should be used
- drink a full glass of water with each dose
- adults and children 12 years and older
  - take 1 caplet every 8 to 12 hours while symptoms last
  - for the first dose you may take 2 caplets within the first hour
  - do not exceed 2 caplets in any 8- to 12-hour period
  - do not exceed 3 caplets in a 24-hour period
- children under 12 years: ask a doctor

**Other information**
- each caplet contains: sodium 20 mg
- store at 20°-25°C (68°-77°F). Avoid high humidity and excessive heat above 40°C (104°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, FD&C blue #2 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, talc, titanium dioxide

**Questions or comments?**
Call 1-800-426-9391 8:30 AM-4:00 PM ET, Monday-Friday

---

Compare to ALEVE® active ingredient*

NDC-46122-564-71

**GOOD NEIGHBOR PHARMACY®**

**Naproxen**
naproxen sodium tablets 220 mg (NSAID)

*Pain Reliever/Fever Reducer*

Strength to last 12 hours

**50 Caplets | 220 mg Each**

Actual Size

---

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Drug Facts**

**Active ingredient (in each caplet)    Purpose**
Naproxen sodium 220 mg (naproxen 200 mg)
(NSAID)* ................................ Pain reliever/fever reducer
*nonsteroidal anti-inflammatory drug

**Uses**
- temporarily relieves minor aches and pains due to:
  - headache       - muscular aches      - the common cold
  - toothache       - menstrual cramps
  - backache        - minor pain of arthritis
- temporarily reduces fever

**Warnings**
**Allergy alert:** Naproxen sodium may cause a severe allergic reaction, especially in people allergic to aspirin. Symptoms may include:
- asthma (wheezing)    - skin reddening    - shock
- blisters    - rash    - facial swelling    - hives
If an allergic reaction occurs, stop use and seek medical help right away.
**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you:
- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug
- take other drugs containing prescription or nonprescription NSAIDs [aspirin, ibuprofen, naproxen, or others]
- take more or for a longer time than directed
- have 3 or more alcoholic drinks every day while using this product
**Heart attack and stroke warning:** NSAIDs, except aspirin, increase the risk of heart attack, heart failure, and stroke. These can be fatal. The risk is higher if you use more than directed or for longer than directed.

---

**Drug Facts (continued)**

**Do not use**    - if you have ever had an allergic reaction to any other pain reliever/fever reducer
- right before or after heart surgery

**Ask a doctor before use if**
- the stomach bleeding warning applies to you
- you have a history of stomach problems, such as heartburn    - you are taking a diuretic
- you have high blood pressure, heart disease, liver cirrhosis, kidney disease, asthma, or had a stroke
- you have problems or serious side effects from taking pain relievers or fever reducers

**Ask a doctor or pharmacist before use if you are**
- under a doctor's care for any serious condition
- taking any other drug

**When using this product**
- take with food or milk if stomach upset occurs

**Stop use and ask a doctor if**    - you experience any of the following signs of stomach bleeding:
- feel faint    - vomit blood
- have bloody or black stools
- have stomach pain that does not get better
- you have symptoms of heart problems or stroke
  - leg swelling    - chest pain
  - slurred speech    - trouble breathing
  - weakness in one part or side of body
- pain gets worse or lasts more than 10 days
- fever gets worse or lasts more than 3 days
- you have difficulty swallowing
- it feels like the pill is stuck in your throat
- redness or swelling is present in the painful area
- any new symptoms appear

If pregnant or breast-feeding, ask a health professional before use. It is especially important not to use naproxen

571123

---

# EXHIBIT  A  .

